UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | VIOLATIONS: |
| | ) | 11-CR-10313 |
| v. | ) | |
| | ) | 29 U.S.C. § 186(b)(1) |
| | ) | and (d)(2)- |
| JOSEPH PAVONE, | ) | Labor Union Official |
| | ) | Request and Receipt of |
| Defendant. | ) | Prohibited Payments |

### INFORMATION

**COUNTS ONE through THREE: (29 U.S.C. § 186(b)(1) and (d)(2) - Labor Union Official Request and Receipt of Prohibited Payments)**

The United States Attorney charges that:

On or about the dates set forth below, at Waltham, Hudson, and Weymouth, and elsewhere in the District of Massachusetts,

**JOSEPH PAVONE,**

defendant herein, an officer of a labor organization, that is, Laborers Local 560 of the Laborers' International Union of North America, did unlawfully and wilfully request, demand, receive and accept, and agree to receive and accept the payment, loan, and delivery of a thing of value, that is, approximately $6,467.14 from the below mentioned employers, whose employees were employed in an industry affecting commerce and whose employees such labor organization represented, sought to represent and would have admitted to membership as follows:

1

|  | **Date** | **Description** |
|---|---|---|
| **COUNT ONE** | January 2008 - June 2008 | Payments to defendant from Salvucci Masonry Company Waltham, Massachusetts, in the amount of $2,000. |
| **COUNT TWO** | May 2007 - January 2008 | Payments to defendant from S & F Concrete Contractors, Inc., Hudson, Massachusetts, in the amount of $3,838.34. |
| **COUNT THREE** | September 2007 | Payments from R.F. Roach Company, Weymouth, Massachusetts, in the amount of $628.80. |

All in violation of Title 29, United States Code, Sections 186(b)(1) and (d)(2).

CARMEN M. ORTIZ
United States Attorney

BY: /s/ Laura J. Kaplan
Laura J. Kaplan
Assistant U.S. Attorney

September 12, 2011.